IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VOLVO GROUP NORTH AMERICA, LLC d/b/a VOLVO TRUCKS NORTH AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 7:16-cv-00025 |
| TRUCK ENTERPRISES, INC., *et al.*, | ) ) | By: Elizabeth K. Dillon United States District Judge |
| Defendants. | ) ) ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Kenworth Truck Company's motion to intervene (Dkt. No. 32) is GRANTED, and its complaint in intervention (Dkt. No. 32-1) is deemed filed as of the date of this order.

The clerk is directed to enter Kenworth's complaint in intervention as a new docket entry and to send a copy of this order to all counsel of record.

Entered: April 13, 2016.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge