IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VOLVO GROUP NORTH AMERICA, LLC d/b/a VOLVO TRUCKS NORTH AMERICA, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>TRUCK ENTERPRISES, INC., *et al*.<br><br>Defendants. | Civil Action No. 7:16-cv-00025-EKD<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**FINAL JUDGMENT**

On March 31, 2017, the court entered a memorandum opinion and order granting in part and denying in part plaintiff Volvo Group North America d/b/a Volvo Trucks North America's (Volvo) motion for partial summary judgment and denying defendants' motion for summary judgment. (Mem. Op. Order, Dkt. No. 111.) Although Volvo styled its motion as a motion for partial summary judgment, the court notes, and the parties agree, that the court's order addressed all of the relief that Volvo sought in this case. Subsequently, the parties entered a joint stipulation dismissing plaintiff-in-intervention Kenworth Truck Company's complaint-in-intervention. (Dkt. No. 116.) Thus, the court hereby ORDERS as follows:

1. The preliminary injunction enjoining defendants from selling and/or transferring stock, assets, or interests under the terms of the Stock Purchase Agreement between Truck Enterprises, Inc. (represented by James Hartman, as Chief Executive Officer, Chairman, and Shareholder Representative of TEI) and non-party Transportation Equipment Company, Inc. (Dkt. No. 70) is DISSOLVED;

2. Volvo's surety bond (Dkt. No. 73) is RELEASED;

3. Judgment is entered as set forth in the memorandum opinion and order dated March 31, 2017; and

4. This case is STRUCK from the active docket of this court.

The clerk is directed to send copies of this order to all counsel of record.

Entered: April 28, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge